# CASE ANNOUNCEMENTS

*September 19, 2008*

[Cite as *09/19/2008 Case Announcements,* 2008-Ohio-4716.]

## MOTION AND PROCEDURAL RULINGS

**2005–1678. State v. Hale.**
Cuyahoga C.P. No. CR–04–54857. This cause came on for further consideration of appellant's motion for appointment of counsel to file an application to reopen. Upon consideration thereof,

It is ordered by the court that the motion is granted, and that Dennis L. Sipe of Marietta, Ohio, is appointed to represent the appellant in this case.

**2007–1863. Middleburg Hts. v. Quinones.**
Cuyahoga App. No. 88242, 2007-Ohio-3643. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion for leave of amici curiae, Raymond J. Wohl, Clerk of Court of the Berea Municipal Court, and the city of Berea, to participate in oral argument scheduled for Wednesday, October 1, 2008, in support of the appellant,

It is ordered by the court that the motion is granted and amici curiae shall share the time allotted to appellant.

**2008–0418. State v. Akron.**
Summit App. No. 23660, 2008-Ohio-38. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. On September 17, 2008, amicus curiae city of Cleveland filed a brief in support of appellees. Pursuant to S.Ct.Prac.R. VI(6)(B), briefs of amicus curiae were due no later than September 16, 2008. Whereas S.Ct.Prac.R. XIV(1)(D) prohibits untimely filings,

It is ordered by the court, sua sponte, that the brief of amicus curiae city of Cleveland is stricken.

# CASE ANNOUNCEMENTS

*September 22, 2008*

[Cite as *09/22/2008 Case Announcements,* 2008-Ohio-4761.]

## DISCIPLINARY CASES

**2008–1708. Cleveland Metro. Bar Assn. v. Polke.**
Upon consideration of the motion for admission pro hac vice of Theodore A. Barone by Gaetano Barone,

It is ordered by the court that the motion for admission pro hac vice is granted.